UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                   :

A.G. *individually and on behalf of his child G.G., a*    :
*minor*,                                           :

                    Plaintiff,            :           23-CV-8968 (JMF)

                                      :

            -v-                        :            <u>ORDER</u>

                                      :

NEW YORK CITY DEPARTMENT OF EDUCATION,   :

                                      :

                  Defendant.          :

                                      :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In this case, Plaintiff seeks attorney's fees in connection with their claims under the

Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq.*

By separate Order to be entered today, the Court is referring the matter to the assigned

Magistrate Judge both for General Pretrial Purposes, including settlement, and for any

dispositive motions, including motions for summary judgment.

       Unless and until the Magistrate Judge orders otherwise, the parties shall file a joint letter

(addressed to the Magistrate Judge), no later than **two weeks from the date of the date on**

**which Defendant enters an appearance**, and not to exceed two pages, indicating whether there

is any need for discovery or an initial conference in this case.  If there is no such need, the parties

should include in their letter a proposed briefing schedule for any motions, including motions for

summary judgment.

       In addition, to conserve resources, to promote judicial efficiency, and in an effort to

achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss

whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, Plaintiff shall, **within two weeks of the date on which Defendant enters an appearance**, either mail or email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter **by the same deadline** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: October 16, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge