# Law Offices of Irina Roller, PLLC

40 Wall Street
New York, New York

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2024

January 26, 2024

<u>VIA ECF</u>

Hon. Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application GRANTED.
> SO ORDERED.
>
> _/s/ Barbara Moses_
>
> Barbara Moses
> United States Magistrate Judge
> January 26, 2024

Re: A.G., et al. v. New York City Department of Education
23-cv-8968 (JMF)(BCM)

Dear Magistrate Judge Moses:

This firm represents the Plaintiffs in the above action. Plaintiffs brought this action as undisputed prevailing parties seeking attorneys' fees, costs and expenses under the fee shifting provision of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §1400, *et seq.*

Plaintiffs submit this letter requesting an adjournment of the current briefing scheduling set by the Court's November 20, 2023 Order (Dkt. No. 17). The parties have been in active settlement negotiations.

At this time we are requesting additional time for the submission of Plaintiffs' Motion for Summary Judgment. Plaintiffs' propose the following schedule:

- Motion for summary judgment due by April 2, 2024
- Defendant's opposition due by May 2, 2024
- Plaintiffs' reply due by May 23, 2024

Defendants consent to Plaintiffs' request and the above schedule.

Thank you for your time and consideration.

Respectfully submitted,

/s/
Irina Roller
*Attorney for the Plaintiffs*

Cc: Marina Moraru, Esq. (*via ECF*)
Iesha Sumerall Eromosele, Esq. (*via ECF*)